1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN P. WHITNEY
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,         Case No. 1:94-mj-02186-1

13              Plaintiff,
                                      MOTION AND ORDER FOR DISMISSAL
14  v.

15  ALFREDO RUIZ COVARRUBIAS,

16              Defendant.

17

18

19       The United States of America, by and through Benjamin B. Wagner,

20  United States Attorney, and Ian P. Whitney, Special Assistant United

21  States Attorney, hereby moves to dismiss the complaint against

22  Alfredo Ruiz Covarrubias, without prejudice in the interest of

23  justice, pursuant to Rule 48(a) of the Federal Rules of Criminal

24  Procedure.

25

26

27

28
                                      1

DATED: July 17, 2013                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:      /s/ Ian P. Whitney
                                        IAN P. WHITNEY
                                        Assistant U.S. Attorney


## O R D E R

IT IS HEREBY ORDERED that the Complaint against Alfredo Ruiz Covarrubias, be dismissed, without prejudice, in the interest of justice and the Warrant is Ordered RECALLED.

IT IS SO ORDERED.

Dated: **July 18, 2013**                /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE